## CHAS. JACKSON v. LEWIS JACKSON.

**Dismissal and Non-Suit—Lapse of Time—Doubt of Right.**

The lapse of time and also the doubtful existence of a promise to pay, together with the positive denial of the defendant of the promise, were held to warrant the dismissal of the petition.

APPEAL FROM WOODFORD CIRCUIT COURT.

April 2, 1874.

OPINION BY JUDGE PRYOR:

The lapse of time connected with the unsatisfactory proof in regard to the promise to pay, must preclude the appellant from any relief. A period of ten years elapsed, according to appellant's theory of this case, from the time of the dissolution of the partnership to the institution of the action; and the promise relied on to take the case out of the statute is proven by the appellant, and denied by the appellee. It is questionable whether such a partnership existed as is

alleged; and also doubtful as to the existence of such a promise to pay, as would enable the appellant to recover. Add to this the lapse of time and the positive denial by the appellee, and we are well satisfied that the chancellor did right in dismissing the petition.

Judgment affirmed.

*Porter & Wallace, for appellant.*

*W. Turner, for appellee.*